IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MCNEILL,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>      Defendant. | Civil Action No. 1:22-cv-02378-JMC |

**DEFENDANT INTERNATIONAL BUSINESS
MACHINES CORPORATION'S MOTION TO CONFIRM**

For the reasons set forth in Defendant International Business Machines Corporation's ("IBM's") accompanying memorandum of law, IBM hereby moves this Court to confirm the Arbitrator's award granting IBM's motion to dismiss Plaintiff's claim as untimely.

Dated: October 12, 2022

Respectfully submitted,

/s/ Craig S. Friedman
Craig S. Friedman (admitted *pro hac vice*)
csfriedman@jonesday.com
Patrick M. Corley (admitted *pro hac vice*)
pcorley@jonesday.com
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA  30361
(404) 581-8412 (Telephone)
(404) 581-8330 (Facsimile)

Thomas R. Chiavetta
D.C. Bar No. 985370
tchiavetta@jonesday.com
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
(202) 879-3939 (Telephone)
(202) 626-1700 (Facsimile)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ Craig. S. Friedman
Craig S. Friedman

*An Attorney for Defendant*