IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MCNEILL,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>      Defendant. | Civil Action No. 1:22-cv-02378-JMC |

**DEFENDANT'S RESPONSE TO COURT'S
JULY 11, 2023 SEALING ORDER**

On July 11, 2023, the Court denied IBM's request to maintain confidential arbitral materials and references thereto under seal. Minute Order, July 11, 2023. IBM maintains (and preserves the argument for appeal) that under the FAA and the parties' arbitration agreement, the underlying arbitral materials and all references should remain confidential and any disclosure is prejudicial because of IBM's right to confidentiality pursuant to the terms of its arbitration agreement with Plaintiff. However, under the terms of the Court's sealing order, IBM does not identify any portion of the record for redaction.

Dated: July 25, 2023                                     Respectfully submitted,

*/s/ Craig S. Friedman*
Craig S. Friedman (admitted *pro hac vice*)
csfriedman@jonesday.com
Patrick M. Corley (admitted *pro hac vice*)
pcorley@jonesday.com
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA  30361
(404) 581-8412 (Telephone)
(404) 581-8330 (Facsimile)

Thomas R. Chiavetta
D.C. Bar No. 985370
tchiavetta@jonesday.com
51 Louisiana Avenue, N.W.
Washington, DC  20001.2113
(202) 879-3939 (Telephone)
(202) 626-1700 (Facsimile)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ Craig. S. Friedman
Craig S. Friedman

*An Attorney for Defendant*