UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MCNEILL,<br><br>               Petitioner,<br><br>      v.<br><br>INTERNATIONAL BUSINESS MACHINES CORP.,<br><br>               Respondent. | Civil Action No. 22-2378 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Petitioner's Motion to Vacate the Arbitration Award is **DENIED**. Respondent's Motion to Confirm the Arbitration Award is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                                                                            _____
                                                                             JIA M. COBB
                                                                              United States District Judge

Date: November 2, 2023